TRIAL COURT CASE NUMBER: 3287CCL
COURT OF APPEALS NUMBER: 04-16-00194-CV

| | | |
|---|---|---|
| JOSE PEREZ, JR PETITIONER | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 83rd JUDICIAL DISTRICT |
| | § | |
| SALUD Cazares | § | VAL VERDE, COUNTY, TEXAS |

## PETITIONER'S MOTION FOR TRIAL COURT TO HAVE THE APPELLATE RECORD FURNISHED WITHOUT CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, Jose Perez, TDCJ# 01877049, Petitioner, pro se in the above and entitled cause and Pursuant to Texas of Appellate Procedure, rule 20.1 and would show the court the following:

I.

The Petitioner request a hearing by motion, of his indigence, and asks the trial court clerk and the court reporter to prepare the appellated record without prepayment.

This court issued a default judgment against petitioner on the 12th day of January, 2016 , and petitioner filed his notice of appeal on the 12th day of March, 2016. Petitioner can show prima facie showing of indigency. The trial court must determine petitioner's financial status at the time of appeal.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, petitioner prays that this court grant this application for a record on appeal at states expense.

Respectfully submitted,

Jose Perez, Jr
TDCJ# 01877049
815 12th St.
Huntsville, Texas 77348

2016 MAY 26 PM 3:43

IN THE COURT OF APPEALS
AT SAN ANTONIO
FILED

## INMATES DECLARATION

I, Jose Perez, Jr., TDCJ# 01877049, being presently incarcerated in the Huntsville Unit of the Texas Department of Criminal Justice in Walker County, Texas do hereby swear under penalty of perjury that the facts contained in the foregoing Motion are true and correct.

Executed on this the 22 day of May, 2016.

_Jose Perez, Jr._
Jose Perez, Jr.

## CERTIFICATE OF SERVICE

I, Jose Perez, Jr., TDCJ# 01877049, certify that a true and correct copy of the foregoing Motion has been forwarded to the following:

Executed on this the 22 day of May, 2016.

Salud Cazares
139 Lorenn Dr.
Del Rio, Texas 78840

Roberto V. Garza
Texas Rio Grande Legal Aid
4920 N. IH-35
Austin, Texas 78751

Patricia T. Abayta, County Court at Law
Courthouse, 400 Pecan St. 2nd Fl.
P.O. Box 1431
Del Rio, Texas
78841-1431

_Jose Perez, Jr._
Jose Perez, Jr.
TDCJ# 01877049
815 12th St.
Huntsville, Texas 77348